UNITED STATES of America, Plaintiff–Appellee,

v.

Elsworth BERTHELOT, Defendant–Appellant.

No. 04–40998.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided July 18, 2005.

Lisa G. Flournoy, U.S. Attorney's Office Eastern District of Texas, Lufkin, TX, for Plaintiff–Appellee.

Tonda Lynne Curry, Law Office of Tonda L. Curry, Tyler, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Elsworth Berthelot appeals his conviction of being a felon in possession of fire-

---

arms, in violation of 18 U.S.C. § 922(g)(1). He argues that the district court erred by denying his motion to suppress the firearms that were discovered during a search of his property. He maintains that his wife did not have actual or apparent authority to consent to a search of the property, including a safe located in the home.

Berthelot did not exhibit a subjective expectation of privacy in the property or the safe. *United States v. Shelton*, 337 F.3d 529, 536–37 (5th Cir.2003). Therefore, Sheila Berthelot had common authority to consent to the search of the property, including the safe. *Id.* Accordingly, Berthelot's conviction is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.